[No. 10235–4–I.  Division One.  March 12, 1984.]

ABIGAIL'S, INC., *Respondent,* V. EUGENE P.
MCGOVERN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–14993–8, Shannon Wetherall, J., entered April 10, 1981. *Affirmed* by unpublished opinion per Schol-

field, J., concurred in by Corbett, A.C.J., and Ringold, J.